UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **SACV 13-0209-CJC (JPRx)**                    Date: **November 25, 2013**

Title: **Beats Electronics, LLC v. Yamaha Corp.**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

              **HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

    Joe Roper                                 n/a
    Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                 None present

**PROCEEDINGS: (IN CHAMBERS)**

     The parties' proposed Stipulated Protective Order has been referred to the Magistrate Judge for consideration. She declines to approve or issue it, for the following reasons:

     1.     Proposed paragraph 6.2 needs to make clear that the meet-and-confer process must take place in compliance with Local Rule 37-1. Relatedly, the Court declines to include the sentence in proposed paragraph 6.3 to the effect that the challenging party's notice complies with Local Rule 37.1. The Court will make no such advance adjudication as to the sufficiency of documents that don't even exist yet. The same problem appears in proposed paragraph 7.4(c).

     2.     The Court declines to approve in advance the automatic stay provided for in proposed paragraphs 10(c) and 11(c), which is not authorized by the provisions in Federal Rule of Civil Procedure 26 and 45 for seeking relief from the terms of a subpoena. Moreover, 10(c) must be amended to take into account the modifications to Federal Rule of Civil Procedure 45 set to take effect in December, under which the issuing court is not necessarily the court that will hear any dispute concerning a subpoena.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: SACV 13-0209-CJC (JPRx)                        November 25, 2013
<u>Beats Electronics v. Yamaha Corp.</u>                                        Page 2

---

      3.      The signature line of the proposed Order should be changed to reflect the Magistrate Judge's name. Moreover, the proposed order should include the entire text of the stipulation.

       If the parties submit a proposed modified protective order, they should not make any changes to it other than those specified above without alerting the Court to them.


cc:     Judge Carney