1
2
3
4
5
6
7
8                                              JS-6
9
10
11
12                    UNITED STATES DISTRICT COURT
13                    CENTRAL DISTRICT OF CALIFORNIA
14
                                        SA
15   BEATS ELECTRONICS, LLC,             Case No. CV 13-00209-CJC-JPRx
16                                       ORDER OF DISMISSAL WITH
                    Plaintiff,           PREJUDICE
17        v.
18   YAMAHA CORPORATION OF
     AMERICA,
19   Defendant.
20   YAMAHA CORPORATION OF
     AMERICA,
21
22           Counter-Claimant,
23        v.
24   BEATS ELECTRONICS, LLC,
25           Counter-Defendant
26
27
28
                              1
                **ORDER OF DISMISSAL WITH PREJUDICE**
LA-1259394

```
 1
 2  DAVID L. FEHRMAN (CA SBN 87400)
    dfehrman@mofo.com
 3  BITA RAHEBI (CA SBN 209351)
    brahebi@mofo.com
 4  MORRISON & FOERSTER LLP
 5  707 Wilshire Boulevard, Suite 6000
    Los Angeles, CA 90017-3543
 6  Telephone: (213) 892-5200
    Facsimile: (213) 892-5454
 7
 8  JENNIFER LEE TAYLOR (CA SBN 161368)
    jtaylor@mofo.com
 9
    MORRISON & FOERSTER LLP
10  425 Market Street
    San Francisco, CA  94105-2482
11  Telephone: (415) 268-7000
12  Facsimile: (415) 268-7522
13  Attorneys for Defendant
14  YAMAHA CORPORATION OF AMERICA
15
16       Having considered the foregoing stipulation by Plaintiff Beats Electronics LLC
17  and Defendant Yamaha Corporation of America (collectively "the parties"), IT IS
18  HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and
19  41(c):
20       (1) All claims and counterclaims asserted in the above-captioned action are
21  dismissed with prejudice; and
22       (2) The parties shall bear their own costs and attorneys' fees.
23
24  IT IS SO ORDERED.
25
26  Dated:  August 13, 2014                    _____
27                                             The Honorable Cormac J. Carney
                                               UNITED STATES DISTRICT JUDGE
28
```